# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SYNOVA HEALTHCARE, INC., et. al., | : | Case No. 07-11889 (CSS) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## ORDER CONVERTING CASES
## TO CASES UNDER CHAPTER 7

Upon consideration of the Debtors' Motion for an Order Converting Cases to Chapter 7 and Granting Related Relief and consideration of the statements of counsel on the record in open court with respect to the conversion of the cases of the Debtors to cases under chapter 7, it is hereby ORDERED AND DECREED that the cases are converted to cases under chapter 7 of the Bankruptcy Code.

It is further ORDERED that:

1. The Debtors shall file all applicable statements, schedules and reports in a timely manner pursuant to Federal Rule of Bankruptcy Procedure 1019; ~~and~~

2. ~~Each professional employed under 11 U.S.C. § 327 or 11 U.S.C. § 1103 shall file an application for compensation for outstanding fees and/or expenses incurred during the chapter 11 administration by~~ _____.

BY THE COURT:

Date: December 28, 2007

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Court